UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

THE PEOPLE OF THE STATE OF
NEW YORK,

                        Plaintiff,

                                                     No. 1:14-CV-1581
           -v-                                       (DNH/DEP)

ZACHARIAH W G LATNIE,

                      Defendant-Petitioner.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                        OF COUNSEL:

ZACHARIAH W G LATNIE
Defendant-Petitioner Pro Se
2198 Central Ave.
Schenectady, NY 12304

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se petitioner Zachariah W G Latnie filed a notice of removal for a state court criminal prosecution on December 29, 2014. On January 13, 2015, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that petitioner's removal notice be dismissed. No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Petitioner's removal notice is DISMISSED; and

2. The Clerk serve a copy of this Decision and Order upon petitioner in accordance with the Local Rules.

IT IS SO ORDERED.

_____
United States District Judge

Dated: February 5, 2015
      Utica, New York.